DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

24 SEPTEMBER 2015

| 107P15 | Branch Banking and Trust Company v. Hui S. Smith, et al. | Plt's PDR Under N.C.G.S. § 7A-31 (COA14-554) | Denied |
|---|---|---|---|
| 108P15 | Michael C. Piro v. Karen Shapiro Piro (Now Karen Shapiro) | 1. Def's *Pro Se* PDR Under N.C.G.S. § 7A-31 (COA14-962)<br><br>2. Def's *Pro Se* Motion for Temporary Stay<br><br><br><br>3. Def's *Pro Se* Petition for *Writ of Supersedeas* | 1. Denied<br><br><br><br>2. Allowed **05/11/2015** Dissolved **09/24/2015**<br><br>3. Denied |
| 109P15 | State v. Thomas Clay Friday | Def's PDR Under N.C.G.S. § 7A-31 (COA14-529) | Denied |
| 144P15 | State v. Calvin Lewis Moore, Jr. | 1. State's Motion for Temporary Stay (COA14-1033)<br><br><br><br>2. State's Petition for *Writ of Supersedeas*<br><br>3. State's PDR Under N.C.G.S. § 7A-31 | 1. Allowed **04/27/2015** Dissolved **09/24/2015**<br><br>2. Denied<br><br>3. Denied |
| 164P15 | State v. Charles Gilbert Gillespie | Def's PDR Under N.C.G.S. § 7A-31 (COA14-953) | Denied |
| 171P15-2 | Arthur Donald Darby, Jr. v. Jamie Christina Campbell, Jason Murphy, Attorney, Matthew Rothbeind, Attorney, and Fairmont Police Department, Hamlet Police Department, Robeson County Court, "John Doe" | 1. Plt's *Pro Se* Motion for *Error Coram Vobis*<br><br>2. Plt's *Pro Se* Motion for *Error Coram Nobis* | 1. Dismissed<br><br>2. Dismissed |
| 172P15-2 | State v. Mohammed Nasser Jilani | Def's *Pro Se* Petition for *Writ of Mandamus* | Dismissed |
| 178P15 | State v. Charles Shannon Harrison | Def's PDR Under N.C.G.S. § 7A-31 (COA14-859) | Denied |
| 182A15-2 | State v. Adam Jarmal Hodge | Def's *Pro Se* Petition for *Writ of Mandamus* | Dismissed |